## 45003. WILLIAMS v. GWINNETT STREET INVESTMENT COMPANY, INC.

PER CURIAM. The appellee filed a motion to dismiss the appeal. The motion shows that the case was docketed in this court on October 31, 1969; that the enumeration of errors was filed on November 21, 1969; that Rule 15 of this court requires that the enumeration of errors be filed within twenty days after docketing; and that the appellant's enumeration of errors was filed on the twenty-first day after the case was docketed.

The motion to dismiss is granted. *Rentfrow v. Smith,* 225 Ga. 493 (169 SE2d 807).

*Appeal dismissed. Hall, P. J., Deen and Evans, JJ., concur.*

SUBMITTED JANUARY 13, 1970—DECIDED JANUARY 21, 1970—
REHEARING DENIED FEBRUARY 6, 1970.

*Albert G. Ingram, McDonald C. Haynie,* for appellant.
*John H. Ruffin, Jr.,* for appellee.

HALL, Presiding Judge, concurring. I concur in invitum for the reasons set forth in my concurrence in *Dowling v. State,* 120 Ga. App. 810, 812: "every technical dismissal of a case in the appellate courts results not only in a possible miscarriage of justice to the parties but also in a loss of respect for the courts."